UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| DEBRA S. MCCONNELL | ) | CASE NO. 10-24434-jpk-7 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

**MOTION FOR RELIEF FROM STAY AND TO ABANDON REAL ESTATE**

Comes now U.S. Bank, NA, (hereinafter referred to as "U.S. Bank"), by counsel, and for its Motion for Relief From Stay and to Abandon Real Estate would show the Court as follows:

1. On September 22, 2010, the above-named Debtor(s) filed a petition pursuant to Chapter 7 of the Bankruptcy Code.

2. U.S. Bank is the holder of a secured claim with an outstanding principal balance of $112,678.30. Said claim is secured by the real property located at 2022 Laura Ln, Chesterton, IN 46304-3024, and more particularly described in the mortgage, a copy of which is attached hereto and incorporated herein as Exhibit "A". The legal description for the subject real estate is:

   Home 204-1, in Westchester Village Nantucket Community, a Horizontal Property Regime, as created in Declaration of Condominium Ownership for Westchester Village Nantucket Community, recorded September 9, 1977, in Miscellaneous Record 70, page 592, as Document No. 15704, in the Office of the Recorder of Porter County, Indiana as supplemented and amended by various instruments:Together with an undivided interest in the common area, limited common areas and facilities appurtenant to said Home, as set forth in the Declaration of Condominium as supplemented and amended.

3. The above-described mortgage was given to secure a promissory note dated July 3, 2007, made payable to Horizon Bank, National Association in the original principal sum of $116,000.00. A copy of the above-described note is attached hereto and incorporated herein as Exhibit "B".

4. U.S. Bank is the current holder of the promissory note and mortgage and is evidenced by the chain of assignments attached hereto and incorporated as Exhibit "C".

5. The debt has not been reaffirmed with U.S. Bank and there is little or no equity in the subject real estate for the benefit of creditors.

6. The mortgage loan is due for February 1, 2010 through September 1, 2010 payments at the monthly mortgage amount of $966.73, and late charges of $154.36, for an arrearage in the sum of $7,888.20, together with attorney fees and costs.

7. The failure to make payments and the lack of equity in the subject real estate is cause for the Court to grant relief from the Stay to U.S. Bank within the meaning of §362 of the Bankruptcy Code.

8. U.S. Bank prays that the court order the abandonment of the subject real estate.

WHEREFORE, U.S. Bank prays that the Court terminate the automatic stay of §362 of the Bankruptcy Code, authorize U.S. Bank to foreclose its mortgage on the above-described property, order the abandonment of the subject real estate and for all other relief as is just.

FEIWELL & HANNOY, P.C.

/s/ JOHN E. JOSEPH  
JOHN E. JOSEPH, Attorney No. 27462-49  
Attorney for U.S. Bank, NA  
251 N. Illinois Street, Suite 1700  
Indianapolis, IN 46204-1944  
(317) 237-2727  
Fax: (317) 237-2717  
Email: JJOSEPH@feiwellhannoy.com

CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing has been duly electronically noticed or mailed via United States mail, first class, on September 29, 2010, to the following:

Debra S. McConnell
Debtor
2022 Laura Ln
Chesterton, IN 46304-3024

Dan L Whitten
Attorney at Law
6183 Central Avenue
Portage, IN 46368

David R. Dubois
Trustee
P.O. Box 14
Portage, IN 46368

Nancy J. Gargula
U.S. Trustee
100 East Wayne Street, Room 555
South Bend, IN 46601

/s/ JOHN E. JOSEPH
JOHN E. JOSEPH, Attorney No. 27462-49

**NOTICE**

**FEIWELL & HANNOY, P.C. IS A DEBT COLLECTOR.**