UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE                                                                )
                                                                           )
DEBRA S. MCCONNELL                                  )     CASE NO. 10-24434-jpk-7
                                                                           )
            Debtor(s)                                            )
                                                                           )

**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND TO ABANDON REAL ESTATE**

The Motion for Relief From Stay and to Abandon Real Estate of U.S. Bank, NA, (hereinafter referred to as "U.S. Bank"), having come before the Court.

And the Court, having examined said Motion and being duly advised in the premises, now finds sufficient cause for relief from stay, it is therefore,

ORDERED AND ADJUDGED: That the Motion for Relief From Stay and to Abandon Real Estate filed by U.S. Bank, NA be, and hereby is, granted; it is further,

ORDERED AND ADJUDGED: That the Court hereby orders the abandonment of the subject real estate located in Porter County, Indiana:

> Home 204-1, in Westchester Village Nantucket Community, a Horizontal Property Regime, as created in Declaration of Condominium Ownership for Westchester Village Nantucket Community, recorded September 9, 1977, in Miscellaneous Record 70, page 592, as Document No. 15704, in the Office of the Recorder of Porter County, Indiana as supplemented and amended by various instruments:Together with an undivided interest in the common area, limited common areas and facilities appurtenant to said Home, as set forth in the Declaration of Condominium as supplemented and amended.

More commonly known as 2022 Laura Ln, Chesterton, IN 46304-3024

ORDERED AND ADJUDGED:  That the automatic stay as it relates to the property commonly known as 2022 Laura Ln, Chesterton, IN 46304-3024 is vacated.

SO ORDERED this 8th day of November, 2010.

_____
J. PHILIP KLINGEBERGER, JUDGE
UNITED STATES BANKRUPTCY COURT
Northern District of Indiana

JOHN E. JOSEPH
FEIWELL & HANNOY, P.C.
251 N. Illinois Street, Suite 1700
Indianapolis, IN 46204-1944
(317) 237-2727

DISTRIBUTION:

Debra S. McConnell
Debtor
2022 Laura Ln
Chesterton, IN 46304-3024

Dan L Whitten
Attorney at Law
6183 Central Avenue
Portage, IN 46368

David R. Dubois
Trustee
P.O. Box 14
Portage, IN 46368

Nancy J. Gargula
U.S. Trustee
100 East Wayne Street, Room 555
South Bend, IN 46601

McConnell - File No. 046811B02